

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Kathy Roberts, Appellant

No. 06-21-00076-CV          v.

Michael Staples, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 88512). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating.    *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Kathy Roberts, pay all costs incurred by reason of this appeal.

RENDERED MARCH 18, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk